UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VINCENT LUCAS,                      Case Number: 1:18-cv-00664

        Plaintiff,                          Black, J.
                                                       Bowman, M.J.

      v.

JASIT GOTRA, et al.,

        Defendants.

## ENTRY OF DEFAULT

It appearing that Defendants **Rick A. Merrick, Jessica T. Merrick and Defend America, LLC**, is in default, having failed to plead or otherwise defend this action;

Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure;

Default is hereby entered against these Defendants this **13th** day of **November, 2018**.

                                           Richard W. Nagel, Clerk,
                                           United States District Court
                                           Southern District of Ohio


                                           By: s/Kevin Moser
                                                 Deputy Clerk