UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT LUCAS, | : | Case No. 1:18-cv-664 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| JASIT GOTRA, *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL (Doc. 37)**

This matter is before the Court on Plaintiff's unopposed motion to voluntarily dismiss without prejudice the claims against Defendants Jasit Gotra, Brian Fabiano, Eric Polson, Ricardo Diaz, and Jake Murray ("Defendants"). (Doc. 37). A plaintiff may obtain voluntary dismissal "only by court order, on terms that the court considers proper" after a defendant filed an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(2). Here, Defendants have consented to Plaintiff's voluntary dismissal of the claims against them. Accordingly, and with good cause shown;

It is **ORDERED** that Plaintiff's unopposed motion (Doc. 37) is **granted**. All claims against Defendants Jasit Gotra, Brian Fabiano, Eric Polson, Ricardo Diaz, and Jake Murray are hereby **DISMISSED** without prejudice.

It is **FURTHER ORDERED** that the following motions are **DENIED as moot**: Doc. 16, Doc. 17, Doc. 18, Doc. 25, Doc. 28, Doc. 29, Doc. 31, and Doc. 32.

**IT IS SO ORDERED.**

Date: 6/17/2019

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge